AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### ALIAS SUMMONS IN A CIVIL CASE

RICKY MARTINEZ, Plaintiff,

v.

CITY OF CHICAGO, Defendant.

CASE NUMBER: 08 CV 3113

ASSIGNED JUDGE: Judge Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Cole

RECEIVED 2008 JUL 28 AM 11 30 OFFICE OF THE CITY CLERK

TO: (Name and address of Defendant)

CITY OF CHICAGO
c/o Miguel de Valle, Clerk
City Hall
121 N. LaSalle Street, Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin Vodak
Council on American-Islamic Relations, Chicago Chapter
28 E. Jackson Blvd., Suite 1410
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

*Vuette Montanez* (signature)

(By) DEPUTY CLERK

JUL 28 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/28/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kevin Walsh | Law Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _City Hall_
_Nancy Nieminski – City Clerk_

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _7/28/2008_     _Kevin Walsh_
          Date                  Signature of Server

_28 E. Jackson Blvd, Suite 1410_
_Chicago, IL 60604_
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.