**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICKY MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 3113 |
| v. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:     All parties of record

PLEASE TAKE NOTICE that on the August 11, 2008, the City of Chicago electronically filed Defendant's Uncontested Motion to Extend Time to Answer or Otherwise Plead, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other judge sitting in his place, on August 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by causing it to electronically filed and served on all parties who are "ECF" filers in this matter this August 11, 2008.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:     _/s/ Joan P. Altman_
        JOAN P. ALTMAN
        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-2826 Office
(312) 744-3989 Fax